1  PETER W.ALFERT, SBN 83139
   HINTON ALFERT & KAHN LLP
2  200 Pringle Ave., Suite 450
   Walnut Creek, California94596
3  Telephone: (925) 279-3009
   Facsimile:  (925) 279-3342
4
5  TODD BOLEY, SBN 64119
   1212 Broadway, 16th Floor
6  Oakland, CA94612
   Telephone: (510) 836-4500
7  Facsimile: (510) 649-5170

8  Attorneys for Plaintiffs

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11 | LARRY EVANS, MEGAN EVANS, M.E., a | No. C-13-1476-LB-ARB
   | minor by and through his guardian ad litem |
12 | LARRY EVANS, TERESA GREEN, A.S., a | **STIPULATION & ORDER**
   | minor by and through his guardian ad litem | **REGARDING PRIVILEGED**
13 | TERESA GREEN,HEATHER CARRANZA, | **MATERIALS SUBMITTED FOR**
   | L.C., a minor by and through her guardian ad | **EARLY SETTLEMENT**
14 | litem HEATHER CARRANZA, MICHELE | **CONFERENCE**
   | SMITH, M.M., a minor by and through his |
15 | guardian ad litem MICHELE SMITH, |
   | ARKEITHIA JOHNSON, J.L., a minor by and |
16 | through his guardian ad litem ARKEITHIA |
   | JOHNSON, ROBERTO VIELMAS, MARIA |
17 | BELTRAN, G.V-B. a minor by and through her |
   | guardian ad litem, ROBERTO VIELMAS, S.G., |
18 | a minor by and through his guardian ad litem, |
   | RAJ DITTA, MARIO ROJAS, DIOCELINA |
19 | OCHOA, M.R., a minor by and through his |
   | guardian ad litem, MARIO ROJAS, |
20 | |
21 |          Plaintiffs, |
22 |     v. |
23 | ANTIOCH UNIFIED SCHOOL DISTRICT, |
   | THERESA ALLEN-CAULBOY, MICHAEL |
24 | GREEN, DAVID WAX, KEITH ROGENSKI, |
   | KAI MONTGOMERY,and DOES 1-30, |
25 |          Defendants. |

26

27

28

                                    1
STIPULATION AND ORDER                                C-13-1476-LB-ARB

1   Plaintiffs LARRY EVANS, MEGAN EVANS and M.E., a minor by and through his

2   guardian ad litem LARRY EVANS, TERESA GREEN and A.S., a minor by and through his

3   guardian ad litem TERESA GREEN, HEATHER CARRANZA and L.C., a minor by and through

4   her guardian ad litem HEATHER CARRANZA, MICHELE SMITH and M.M., a minor by and

5   through his guardian ad litem MICHELE SMITH, ARKEITHIA JOHNSON, J.L., a minor by and

6   through his guardian ad litem ARKEITHIA JOHNSON, ROBERTO VIELMAS, MARIA

7   BELTRAN, G.V-B. a minor by and through her guardian ad litem, ROBERTO VIELMAS, S.G., a

8   minor by and through his guardian ad litem, RAJ DITTA, MARIO ROJAS, DIOCELINA

9   OCHOA, M.R., a minor by and through his guardian ad litem, MARIO ROJAS, (collectively

10   herein "Plaintiffs"), ANTIOCH UNIFIED SCHOOL DISTRICT, THERESA ALLEN-CAULBOY,

11   MICHAEL GREEN, DAVID WAX, KEITH ROGENSKI, and KAI MONTGOMERY(collectively

12   herein "Defendants"), through their undersigned counsel hereby stipulate as follows:

13   IT IS HEREBY STIPULATED by and between the parties hereto that:

14   1.   This action arises out of allegations that defendant Theresa Allen-Caulboy, a teacher

15   at MNO Grant Elementary School in Antioch, California, subjected the student plaintiffs to verbal

16   and physical abuse while they were students in Ms. Allen-Caulboy's class.

17   2.   In connection with the upcoming settlement conference scheduled for December 2,

18   2013 before Magistrate Judge Spero, the parties intend to disclose and exchange information prior

19   to and/or at the Settlement Conference.

20   3.   Some of the materials and information to be exchanged in connection with the

21   settlement conference would, in the absence of disclosure, be privileged and not discoverable.

22   4.   In an effort to encourage settlement, the parties stipulate that any statements of the

23   parent plaintiffs presented by way of the videotape created by plaintiffs to present to the parties and

24   Magistrate Judge and disclosed in connection with the settlement conference will not be construed

25   as a waiver of the attorney client privilege and no waiver of said privilege will be claimed in

26   subsequent discovery based on the videotape if the matter is not resolved at the settlement

27   conference.

28   5.   This stipulation does not prevent the parties from discovering information or

2

1  evidence that would have been discoverable absent the disclosure in connection with the settlement

2  conference.

3  DATED: November 26, 2013                    HINTON ALFERT & KAHN LLP

4

5                                                          _____/s/_____

6                                                          Peter W. Alfert
                                                           Attorney for Plaintiffs, LARRY EVANS, et al.

7  DATED: November 26, 2013                    DAVIS & YOUNG, APLC

8

9                                                          _____/s/_____

10                                                         Mark Davis
                                                           Attorney for Defendant, THERESA ALLEN-
                                                           CAULBOY

11 DATED: November 26, 2013                    BERTRAND, FOX & ELLIOT

12

13                                                         _____/s/_____

14                                                         Michael Wenzel
                                                           Attorney for Defendant, DAVID WAX

15 DATED: November 26, 2013                    ANWYL, SCOFFIELD & STEPP, LLP

16

17                                                         _____/s/_____

18                                                         James T. Anwyl
                                                           Attorney for Defendant, KAI MONTGOMERY

19

20 DATED: November 26, 2013                    EDRINGTON, SCHIRMER & MURPHY

21

22                                                         _____/s/_____

                                                           Timothy P. Murphy
23                                                         Attorney for Defendants, ANTIOCH UNIFIED
                                                           SCHOOL DISTRICT and KEITH ROGENSKI

24 DATED: November 26, 2013                    STUBBS & LEONE

25

26                                                         _____/s/_____

27                                                         Louis Leone
                                                           Attorney for Defendant, MICHAEL GREEN

28

3

STIPULATION & ORDER                                                          C-13-1476-LB-ARB

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

THE PARTIES HAVING STIPULATED THERETO AND GOOD CAUSE APPEARING

THEREFORE, it is hereby ordered that:

      1.    Any statements of the parent plaintiffs presented by way of the videotape created by

plaintiffs to present to the parties and Magistrate Judge and disclosed in connection with the

settlement conference will not be construed as a waiver of the attorney client privilege and no

waiver of said privilege will be claimed in subsequent discovery based on the videotape if the

matter is not resolved at the settlement conference.

      2.    The parties are not prevented from discovering information or evidence that would

have been discoverable absent the disclosure in connection with the settlement conference.

DATED: December 3, 2013

_____

U.S. MAGISTRATE JUDGE LAUREL BEELER

4

STIPULATION & ORDER                                  C-13-1476-LB-ARB