```
1   PETER W. ALFERT, SBN 83139
    HINTON ALFERT & KAHN LLP
2   200 Pringle Ave., Suite 450
    Walnut Creek, California  94596
3   Telephone: (925) 279-3009
4   Facsimile:  (925) 279-3342
    Email:  PAlfert@hintonalfert.com
5
    TODD BOLEY, SBN 68119
6   1212 Broadway, 16th Floor
    Oakland, CA 94612
7   Telephone: (510) 836-4500
8   Facsimile: (510) 649-5170
    Email:  boley@boleylaw.com
9
    Attorneys for Plaintiffs
10

11  TIMOTHY P. MURPHY, SBN 120920
    DOLORES M. DONOHOE, SBN 111432
12  EDRINGTON, SCHIRMER & MURPHY LLP
    2300 Contra Costa Blvd., Suite 450
13  Pleasant Hill, CA 94523
14  Telephone: (925) 827-3300
    Facsimile: (925) 827-3320
15  Email: TMurphy@esmlawfirm.com; LDonohoe@esmlawfirm.com

16  Attorneys For Defendant Antioch Unified School District
17
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY EVANS, MEGAN EVANS, M.E., a minor by and through his guardian ad litem LARRY EVANS, TERESA GREEN, A.S., a minor by and through his guardian ad litem TERESA GREEN, HEATHER CARRANZA, L.C., a minor by and through her guardian ad litem HEATHER CARRANZA, MICHELE SMITH, M.M., a minor by and through his guardian ad litem MICHELE SMITH,<br><br>   Plaintiffs,<br><br>   v. | No. C-13-1476-LB-ARB<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

ANTIOCH UNIFIED SCHOOL DISTRICT, THERESA ALLEN-CAULBOY, MICHAEL GREEN, DAVID WAX, KEITH ROGENSKI, KAI MONTGOMERY, and DOES 1-30,

    Defendants.

The parties to the above-captioned litigation hereby stipulate by and through their undersigned counsel of record as follows:

WHEREAS, this case settled on December 3, 2013 before Magistrate Judge Joseph C. Spero (Docket No. 52) and the Order granting Motion to Approve the Compromise of Minors' Claims was entered on February 19, 2014 (Docket No. 68).

IT IS STIPULATED by and between the parties to the above-captioned litigation, by and through their undersigned counsel of record, that all claims asserted in this action against the ANTIOCH UNIFIED SCHOOL DISTRICT be dismissed with prejudice from this action subject to the settlement agreement, each party to bear its own attorneys fees and costs.

IT IS SO STIPULATED.

DATED: March 21, 2014                HINTON ALFERT & KAHN LLP

                                     /s/
                                     Peter W. Alfert
                                     Attorney for Plaintiffs
                                     LARRY EVANS, et al.

DATED: March 21, 2014

                                     /s/
                                     Todd Boley
                                     Attorney for Plaintiffs
                                     LARRY EVANS, et al.

DATED: March 21, 2014                EDRINGTON, SCHIRMER & MURPHY LLP

                                     /s/
                                     Timothy P. Murphy
                                     Attorney for Defendant
                                     ANTIOCH UNIFIED SCHOOL DISTRICT

1

**ORDER**

2   Pursuant to the Stipulation of the Parties, this action is dismissed with prejudice. The

3 terms of the satisfaction of all claims for attorneys' fees are set forth in the Settlement Agreement

4 in this matter and pursuant to Court order.

5   IT IS SO ORDERED.

6 DATED: _____       _____

7                                                                      MAGISTRATE JUDGE LAUREL BEELER

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATION BY TIMOTHY P. MURPHY PURSUANT TO LOCAL RULE NO.5-1, SECTION (i)(3). RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am an attorney licensed to practice law in the State of California, and am an attorney in the law firm of Edrington, Schirmer & Murphy, counsel for Defendants ANTIOCH UNIFIED SCHOOL DISTRICT and KEITH ROGENSKI. The statements herein are made on my personal knowledge, and if called as a witness, I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to Local Rule 5-1, section (i)(3), I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any). I declare under penalty of perjury under the laws of the United States of California that the foregoing is true and correct on March 21, 2014

      /s/
Timothy P. Murphy