PETER W. ALFERT, SBN 83139
HINTON ALFERT & KAHN LLP
200 Pringle Ave., Suite 450
Walnut Creek, California 94596
Telephone: (925) 279-3009
Facsimile: (925) 279-3342
Email: PAlfert@hintonalfert.com

TODD BOLEY, SBN 68119
1212 Broadway, 16th Floor
Oakland, CA 94612
Telephone: (510) 836-4500
Facsimile: (510) 649-5170
Email: boley@boleylaw.com

Attorneys for Plaintiffs

TIMOTHY P. MURPHY, SBN 120920
DOLORES M. DONOHOE, SBN 111432
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Blvd., Suite 450
Pleasant Hill, CA 94523
Telephone: (925) 827-3300
Facsimile: (925) 827-3320
Email: TMurphy@esmlawfirm.com;
LDonohoe@esmlawfirm.com

Attorneys for Defendants Antioch Unified School District
and Keith Rogenski

CLAUDIA LEED, SBN 122676
STUBBS & LEONE
2175 North California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601
Email: leedc@stubbsleone.com

Attorneys for Defendant Michael Green

MARK DAVIS, SBN 079936
DAVIS & YOUNG, APLC
1960 The Alameda, Suite, 210
San Jose, CA 95126
Telephone: (408) 244-2166
Facsimile : (408) 244-7815
Email: MDavis@davisyounglaw.com

Attorneys for Defendant Theresa Allen-Caulboy

1

JAMES T. ANWYL, SBN 78715
ANWYL, SCOFFIELD & STEPP, LLP
P.O. Box 269127
Sacramento, CA 95826
Telephone: (916) 565-1800
Facsimile: (916) 565-2374
Email:  JTAnwyl@anwylaw.com

Attorney for Defendant Kai Montgomery

MICHAEL WENZEL, SBN 215388
BERTRAND, FOX & ELLIOT
2749 Hyde Street
San Francisco, California  94109
Telephone: (415) 353-0999
Facsimile : (415) 353-0990
Email: mwenzel@bfesf.com

Attorney for Defendant David Wax

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY EVANS, MEGAN EVANS, M.E., a minor by and through his guardian ad litem LARRY EVANS, TERESA GREEN, A.S., a minor by and through his guardian ad litem TERESA GREEN, HEATHER CARRANZA, L.C., a minor by and through her guardian ad litem HEATHER CARRANZA, MICHELE SMITH, M.M., a minor by and through his guardian ad litem MICHELE SMITH,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>ANTIOCH  UNIFIED SCHOOL DISTRICT, THERESA ALLEN-CAULBOY, MICHAEL GREEN, DAVID WAX, KEITH ROGENSKI, KAI MONTGOMERY, and DOES 1-30,<br><br>　　　　Defendants. | No. C-13-1476-LB-ARB<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING INDIVIDUAL DEFENDANTS WITH PREJUDICE** |

The parties to the above-captioned litigation hereby stipulate by and through their undersigned counsel of record as follows:

1     WHEREAS, this case settled on December 3, 2013 and the settlement was placed on the

2 record in proceedings before Magistrate Judge Joseph C. Spero.

3     WHEREAS, in consideration of a waiver of costs and attorneys' fees, plaintiffs agreed to

4 authorize their attorneys to execute a Stipulation to dismiss all claims asserted against the

5 individually named defendants in this action within ten (10) days after the Court's Order granting

6 Motion to Approve the Compromise of Minors' Claims.

7     WHEREAS, the Court's Order granting Motion to Approve the Compromise of Minors'

8 Claims was entered on February 19, 2014 (Docket No. 68.).

9     WHEREAS, the parties further agreed that the dismissal will not be filed until all

10 settlement funds have been paid. The settlement funds have been fully paid and the dismissal is

11 therefore being filed.

12     IT IS STIPULATED by and between the parties to the above-captioned litigation, by and

13 through their undersigned counsel of record, that all claims asserted in this action against

14 defendants THERESA ALLEN-CAULBOY, MICHAEL GREEN, DAVID WAX, KEITH

15 ROGENSKI and KAI MONTGOMERY be dismissed with prejudice from this action, each party

16 to bear their own fees and costs.

17     IT IS SO STIPULATED.

18 DATED: March 21, 2014        HINTON ALFERT & KAHN LLP

20                           /s/
                          Peter W. Alfert
21                           Attorney for Plaintiffs
                          LARRY EVANS, et al.

23 DATED: March 21, 2014

25                           /s/
                          Todd Boley
26                           Attorney for Plaintiffs
                          LARRY EVANS, et al.

28 ///

| | | |
|---|---|---|
| 1 | DATED:  March 21, 2014 | EDRINGTON, SCHIRMER & MURPHY LLP |
| 2 | | |
| 3 | | /s/ |
| | | Timothy P. Murphy |
| 4 | | Attorney for Defendant |
| | | KEITH ROGENSKI |
| 5 | | |
| 6 | DATED:  March 21, 2014 | DAVIS & YOUNG, APLC |
| 7 | | |
| | | /s/ |
| 8 | | Mark Davis |
| | | Attorney for Defendant |
| 9 | | THERESA ALLEN-CAULBOY |
| 10 | | |
| 11 | DATED:  March 21, 2014 | BERTRAND, FOX & ELLIOT |
| 12 | | |
| | | /s/ |
| 13 | | Michael Wenzel |
| | | Attorney for Defendant |
| 14 | | DAVID WAX |
| 15 | | |
| 16 | DATED:  March 21, 2014 | ANWYL, SCOFFIELD & STEPP, LLP |
| 17 | | |
| | | /s/ |
| 18 | | James T. Anwyl |
| | | Attorney for Defendant |
| 19 | | KAI MONTGOMERY |
| 20 | DATED:  March 21, 2014 | STUBBS & LEONE |
| 21 | | |
| | | /s/ |
| 22 | | Claudia Leed |
| | | Attorney for Defendant |
| 23 | | MICHAEL GREEN |

**ORDER**

Pursuant to the Stipulation of the Parties, the individual defendants THERESA ALLEN-CAULBOY, MICHAEL GREEN, DAVID WAX, KEITH ROGENSKI and KAI

1  MONTGOMERY are hereby dismissed with prejudice from this action, each party to bear their
2  own fees and costs.
3      IT IS SO ORDERED.
4  DATED: March 23, 2014
5                          _____
                           MAGISTRATE JUDGE LAUREL BEELER

*GRANTED* — Judge Laurel Beeler

**CERTIFICATION BY TIMOTHY P. MURPHY PURSUANT TO LOCAL RULE NO.5-1, SECTION (i)(3). RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am an attorney licensed to practice law in the State of California, and am an attorney in the law firm of Edrington, Schirmer & Murphy, counsel for Defendants ANTIOCH UNIFIED SCHOOL DISTRICT and KEITH ROGENSKI.  The statements herein are made on my personal knowledge, and if called as a witness, I could and would testify thereto.

2. The above e-filed document contains multiple signatures.  I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court.  Pursuant to Local Rule 5-1, section (i)(3), I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).  I declare under penalty of perjury under the laws of the United States of California that the foregoing is true and correct on March 21, 2014

        /s/
Timothy P. Murphy

1
CERTIFICATION