Eric Maldonado G-44588 CDC#
Central Valley MCCF
B2 Unit Bed 20
P.O. Box 638
McFarland, CA. 93250

RECEIVED
MAR 31 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To whom it may concern,

I write to this letter concerning civil matter C-13-01476LB. On 3/25/15 I received a copy of the settlement agreement settled in the superior court of Contra Costa County. Within the documents I received yesterday, this court makes reference to document number "ECF Nos. 39-42" which identifies the gaurdians of the above-mentioned civil matter.

I am in need of a copy of doc. "ECF Nos. 39-42" for civil matter C-13-01476 LB. I am the legal gaurdian of one of the named defendants (M. Maldonado). I am a indigent prisoner and am unable to cover the cost for any fees related to the copy of such form/motion.

If you could please help me in this matter, it would be much appreciated. Thank you.

Sincerely,

Date: 3/26/2015

Eric Maldonado
Eric Maldonado

Eric Maldonado CDC# G-44588
Central Valley MCCF
D2 Unit Bed 20
P.O. Box 638
McFarland, CA 93250

LEGAL MAIL

Clerk of; U.S. District Court
Northern District of California
450 Golden Gate Avenue
P.O. Box 36060
San Francisco CA. 94102